SLIP OPINION

Cite as 2017 Ark. 180

# SUPREME COURT OF ARKANSAS

| IN RE DISTRICT COURT RESOURCE ASSESSMENT BOARD | **Opinion Delivered:** May 11, 2017 |
| --- | --- |

## PER CURIAM

Justice Shawn Womack is appointed to the District Court Resource Assessment Board for a four-year term to expire on April 30, 2021.